692

*Robert L. Mitchell,* for plaintiff in error.

*Lee H. Henkel, Jr., Swift, Pease, Davidson & Chapman,* contra.

19484. CONSTRUCTION & GENERAL LABORERS UNION, LOCAL No. 246, *et al. v.* JORDAN COMPANY, INC.

HAWKINS, Justice. This case is controlled by the ruling this day made in *Construction & General Laborers Union, Local 246* v. *Williams Construction Co.,* ante.

*Writ of error dismissed. All the Justices concur, except Wyatt, P. J., not participating.*

ARGUED OCTOBER 8, 1956—DECIDED NOVEMBER 13, 1956.

*Robert L. Mitchell,* for plaintiff in error.

*Lee H. Henkel, Jr., Swift, Pease, Davidson & Chapman,* contra.